**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MUHAMMAD DUDLEY, | : | Civil No. 3:22-cv-1560 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| STEPHEN SPAULDING, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this ⟍26th⟋ day of October, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2.    The Clerk of Court is directed to **CLOSE** this case.


_____
Robert D. Mariani
United States District Judge